# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007  Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **21-2442(L), 21-3148(CON) 23-6185(CON)** Caption [use short title]

Motion for: **Correcting Typographic Three Errors**

Set forth below precise, complete statement of relief sought:

**Deft requests 3 typographic errors to be corrected; One in Doc 155-2; and two in Doc 156**

Caption:

**USA**

**v.**

**SALIM**

RECEIVED 2023 JUN 27 PM 1:02 CLERK'S OFFICE U.S. COURT OF APPEALS

MOVING PARTY: **Mamdouh SALIM**   OPPOSING PARTY: **USA Govt**

☐ Plaintiff  ☑ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: **Pro Se**    OPPOSING ATTORNEY: **AUSA-SDNY**

[name of attorney, with firm, address, phone number and e-mail]

**Mamdouh SALIM 42426-054    One Saint Andrew's Plaza**
**USP-ADX PO Box 8500    NY, NY 10007**
**Florence, CO 81226**

Court- Judge/ Agency appealed from: **USDC for SDNY; Hon. Lewis Kaplan, USDJ**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes ☑ No  If yes, enter date: _____

Signature of Moving Attorney:
**[signature]**   Date: **June 21, 2023**  Service by: ☐ CM/ECF ☑ Other [Attach proof of service]
**Deft-Pro Se**

Form T-1080 (rev.12-13)

In The US Appeal Courts      June 21, 23
For The 2nd Cir. Of Appeal

USA v. SALIM      Case# 21-2442 (L)
21-3148 (CON), 23-6185 (CON)

## Deft's Pro Se Motion Requesting Correcting Three Typographic Errors: In Doc 155-2 And Doc 156

Deft SALIM in this motion is kindly requesting this Court to correct three typographic errors: one in Doc 155-2 and two in Doc 156.

**First:** Doc 155-2 page 10 of 11 Exh. 2 Mr. Fasulo (the former attorney of Deft SALIM) at the end of his declaration stated:
"...or dismissing without prejudice." The correction is "with" instead of "without".

**Second:** Doc 156 - 5 pages dated June 15, 2023, 2 Errors
(1) Page 3 of 5 - Line 8 - its last word "she"
The correction, obviously, is "he" (i.e. SALIM) instead of "she".
(2) Page 4 of 5 - Line 9 and 10 From "a letter from Fasulo... ...up to ... Exhibit 1 to the Motion" to be omitted and replaced by:
"to consider a declaration of Fasulo dated February 14, 2023 (attached as Exhibit 2 to the Motion)".

Respectfully Submitted
[signature]
Deft - Pro Se

(1)

Certificate Of Service    June 21, 23

I am Mamdouh SALIM 42426-054 the Deft of case # 21-2442 (L), 21-3148(CON) - 23-6185(CON)

Certify under penalty of perjury that:-
On June 21, 2023

I have handed to prison staff a copy of this motion in a properly addressed envelope to be sent to:

AUSA - SDNY office
One Saint Andrews Plaza
NewYork, NY 10007

Respectfully Submitted
/s/
The Deft - Pro Se
June 21, 2023

(2)

RECEIVED 2023 JUN 27 PM 1:03 CLERK'S OFFICE U.S. COURT OF APPEALS

Name: Mamdouh SALIM
Reg. No.: 42426-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500
case 23-424,054-041-mo-06

Certified Mail
June 21, 23

Case # 21-2442 (L)

CLERK'S OFFICE
US Court of Appeals, 2nd Cir.
US Courthouse
40 Foley Square
New York, NY 10007